UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

NO. 4:26-MJ-1009-RJ-1

UNITED STATES OF AMERICA

v.                                                    ORDER

STEWART B. PAYNE

This matter, having come before the Court on the unopposed motion by the Office of the Federal Public Defender and for good cause shown, it is hereby ORDERED that the defendant be committed to the custody of the United States Bureau of Prisons for the purpose of a psychiatric and/or psychological evaluation to determine whether or not Defendant suffers from a mental disease or defect which renders him unable to understand the nature and consequences of the proceedings against him or to assist properly in his defense. Pursuant to 18 U.S.C. §§ 4241 and 4247, it is hereby ORDERED as follows:

1.  The Defendant shall be examined by at least one qualified psychiatrist or psychologist to determine if he is presently suffering from a mental disease or defect rendering him mentally incompetent to the extent that he is unable to understand the nature and consequences of the proceedings against him or to assist properly in his defense.

2.  The Defendant is hereby committed to the custody of the Attorney General or his designated representative for placement in a suitable facility for purposes of the examination. Such placement shall occur as soon as practicable. Defendant shall remain in custody of the facility until his release is ordered by this Court.

3.  The Court recommends that the Defendant be placed at FMC-Butner due to its close proximity to defense counsel.

4. The Defendant shall be afforded a reasonable opportunity for private consultation with defense counsel. Upon order of a court of the United States or on request of an attorney for the government, the person in charge of the corrections facility shall deliver defendant to the United States Marshal for the purpose of an appearance in connection with any court proceeding.

5. Reports on the examination shall be prepared, served, and filed in accordance with 18 U.S.C. § 4247(c). At the time that the certified report is filed with the court, a copy of the report shall be sent directly to the chambers of the undersigned Magistrate Judge and served on counsel for the defendant and the government.

6. Further court proceedings in this case are continued pending order of the court after resolution of the competency issue.

This Court finds the ends of justice served by the granting of this motion outweigh the best interests of the public and the Defendant in a speedy trial. The period of delay necessitated by this motion is excluded from speedy trial computation pursuant to 18 U.S.C. § 3161(h)(1)(A).

IT IS SO ORDERED. This **29** day of July, 2026.

Robert B. Jones, Jr.
United States Magistrate Judge